1  Christopher A. Sproul (Bar No. 126398)
2  ENVIRONMENTAL ADVOCATES
   5135 Anza Street
3  San Francisco, California 94121
   Telephone:  (415) 533-3376
4  Facsimile:  (415) 358-5695
   E-mail:  csproul@enviroadvocates.com
5
6  *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

7  Robert E. Donlan (Bar No. 186185)
   Elizabeth P. Ewens (Bar No. 213046)
8  Shane E. C. McCoin (Bar No. 258588)
   ELLISON, SCHNEIDER & HARRIS LLP
9  2600 Capitol Avenue, Suite 400
   Sacramento, California 95816
10 Telephone:  (916) 447-2166
11 Facsimile:  (916) 447-3512

12 *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

13 *Additional Counsel on next page*

14
                           **UNITED STATES DISTRICT COURT**
15                          **EASTERN DISTRICT OF CALIFORNIA**

16 | KLAMATH RIVERKEEPER, | Case No. 2:12-cv-01330-MCE-CMK |
17 |                      | Case No. 2:12-cv-02095-MCE-DAD |
   |         Plaintiff,   |                                |
18 | v.                   | Consolidated Cases             |
19 | MONTAGUE WATER CONSERVATION DISTRICT, | **STIPULATED REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; [PROPOSED] ORDER** |
20 |                      |                                |
21 |         Defendant.   | Hon. Allison Claire            |
22 | KARUK TRIBE,         |                                |
23 |         Plaintiff,   |                                |
24 | v.                   |                                |
25 | MONTAGUE WATER CONSERVATION DISTRICT, |               |
26 |                      |                                |
27 |         Defendant.   |                                |
28

Daniel Cooper (Bar No. 153576)
Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone:  (415) 466-6520
Facsimile:  (415) 440-4155
E-mail:  daniel@lawyersforcleanwater.com
E-mail:  drev@lawyersforcleanwater.com

Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
115 Oakdale Avenue
Mill Valley, California 94941
Telephone:  (415) 388-2303
E-mail:  pweisselberg@wans.net

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Darrin W. Mercier (Bar No. 166125)
LAW OFFICE OF DARRIN W. MERCIER
409 W. Center Street
Yreka, California 96097
Telephone:  (530) 842-2054
Facsimile:  (530) 842-9340

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

# STIPULATED REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Parties") stipulate as follows:

WHEREAS, on November 7, 2013, the parties agreed to a settlement of this case as set forth in the term sheet entered in the record as SEALED DOCUMENT (*see* ECF Dkt. 36-37);

WHEREAS, the Court issued a minute order directing the Parties to have final settlement documents filed by November 21, 2013 (*id.*);

WHEREAS, on November 21, 2013, the Parties met telephonically with the Court to inform the Court that they had not finalized the settlement documents, and request an extension of time to file the final dispositional documents (ECF Dkt. 39);

WHEREAS, on November 21, 2013, the Court extended the deadline to file dispositional documents to December 6, 2013 (*id.*);

WHEREAS, during the November 21 telephonic conference, the Court indicated that the Parties should communicate with it on December 5, 2013, concerning the status of the Parties' settlement negotiations and whether we needed her for a call to help us reach resolution of the remaining issues;

WHEREAS, the Parties emailed the Court on December 5, 2013, informing the Court that they still had not finalized settlement documents, but that respective drafts had been exchanged and progress is being made;

WHEREAS, the Parties are hopeful that they will be able to resolve the remaining issues independently, but request that the Court remain available to assist them if necessary;

THEREFORE, the Parties request that the Court set new deadlines for the settlement process as follows:

- Plaintiffs will provide Montague a counter proposal draft agreement on December 6, 2013;
- Montague will provide Plaintiffs their counter proposal draft agreement by 11:00 a.m. on Wednesday, December 11, 2013;
- The Parties will have final settlement documents for presentation to their respective

1 governing bodies by Friday, December 13, 2013;

2 - The Parties will participate in a call with the Court on December 12, 2013 to inform the
3 Court of the status of the final documents, and to resolve any remaining issues; and
4 - The Parties will file dispositional documents with the Court no later than December 17,
5 2013.

6 Dated:  December 6, 2013				LAWYERS FOR CLEAN WATER, INC.

7						By:  _____
8						Drevet Hunt
						Daniel Cooper
9						Attorneys for Plaintiffs
						Klamath Riverkeeper and the Karuk Tribe

12 Dated:  December 6, 2013				ELLISON, SCHNEIDER & HARRIS LLP

13						By:  _____
14						Elizabeth P. Ewens
						Attorneys for Defendant
15						Montague Water Conservation District

**ORDER**

Pursuant to the joint request of the Parties to extend the deadlines for filing final dispositional documents, and good cause appearing therefor, the Court orders the following:

- Plaintiffs shall provide Montague a counter proposal draft agreement on December 6, 2013;
- Montague shall provide Plaintiffs their counter proposal draft agreement by 11:00 a.m. on Wednesday, December 11, 2013;
- The Parties shall have final settlement documents for presentation to their respective governing bodies by Friday, December 13, 2013;
- The Court will hold a conference call with the Parties at 9:00 a.m. on December 12, 2013 to confirm the final documents will be completed by December 13, 2013 and to help resolve any remaining issues; and
- The Parties shall file dispositional documents with the Court no later than December 17, 2013.

IT IS SO ORDERED.

DATE: December 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE