Christopher A. Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
E-mail: csproul@enviroadvocates.com

*Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

Robert E. Donlan (Bar No. 186185)
Elizabeth P. Ewens (Bar No. 213046)
Shane E. C. McCoin (Bar No. 258588)
ELLISON, SCHNEIDER & HARRIS LLP
2600 Capitol Avenue, Suite 400
Sacramento, California 95816
Telephone: (916) 447-2166
Facsimile: (916) 447-3512

*Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH RIVERKEEPER,<br><br>          Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>          Defendant.<br><hr>KARUK TRIBE,<br><br>          Plaintiff,<br><br>v.<br><br>MONTAGUE WATER CONSERVATION DISTRICT,<br><br>          Defendant. | Case No. 2:12-cv-01330-AC<br>Case No. 2:12-cv-02095-AC<br><br>Consolidated Cases<br><br>**STIPULATED REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT AND TO DISMISS PLAINTIFFS' CLAIMS; [~~PROPOSED~~] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(2)**<br><br>**Endangered Species Act**<br>**16 U.S.C. §§ 1539, 1540**<br><br>Hon. Allison Claire |

1 Daniel Cooper (Bar No. 153576)
2 Drevet Hunt (Bar No. 240487)
LAWYERS FOR CLEAN WATER, INC.
3 1004-A O'Reilly Avenue
San Francisco, California 94129
4 Telephone:  (415) 466-6520
Facsimile:  (415) 440-4155
5 E-mail:  daniel@lawyersforcleanwater.com
6 E-mail:  drev@lawyersforcleanwater.com

7 Patricia Weisselberg (Bar No. 253015)
LAW OFFICE OF PATRICIA WEISSELBERG
8 115 Oakdale Avenue
Mill Valley, California 94941
9 Telephone:  (415) 388-2303
10 E-mail:  pweisselberg@wans.net

11 *Attorneys for Plaintiffs* KLAMATH RIVERKEEPER and the KARUK TRIBE

12 Darrin W. Mercier (Bar No. 166125)
LAW OFFICE OF DARRIN W. MERCIER
13 409 W. Center Street
14 Yreka, California 96097
Telephone:  (530) 842-2054
15 Facsimile:  (530) 842-9340

16 *Attorneys for Defendant* MONTAGUE WATER CONSERVATION DISTRICT

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST FOR COURT TO RETAIN JURSIDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT AND TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**

Klamath Riverkeeper and the Karuk Tribe ("Plaintiffs") and Montague Water Conservation District ("Defendant") (collectively "the Settling Parties") stipulate as follows:

**WHEREAS**, the Settling Parties have entered into the Settlement Agreement attached as Attachment A resolving the Plaintiffs' claims in consolidated cases, Case No. 2:12-cv-01330-AC and Case No. 2:12-cv-02095-AC;

**WHEREAS,** pursuant to the Settlement Agreement, the Settling Parties have agreed to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes concerning adherence to the Settlement Agreement that may arise between the Settling Parties in the future for ten years from the Effective Date of the Settlement Agreement;

**WHEREAS**, the Effective Date of the Settlement Agreement is December 19, 2013;

**WHEREAS**, pursuant to the Settlement Agreement, the Settling Parties have agreed that Plaintiffs' claims would be dismissed with prejudice.

**THEREFORE,** the Settling Parties request the following:

1. The Court enter an order retaining jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes concerning adherence to the Settlement Agreement that may arise between the Settling Parties from December 19, 2013 through December 18, 2023; and

2. The Court enter an order dismissing with prejudice the Plaintiffs' claims alleged in the complaints filed in these consolidated cases.

Respectfully submitted,

Dated:  December 20, 2013         LAWYERS FOR CLEAN WATER, INC.

By: _____
Drevet Hunt
Daniel Cooper
Attorneys for Plaintiffs
Klamath Riverkeeper and the Karuk Tribe

1 | Dated: December 20, 2013    LAW OFFICE OF DARRIN W. MERCIER

By: _____/s/ (authorized on December 20, 2013)
Darrin W. Mercier
Attorney for Defendant
Montague Water Conservation District

**[~~PROPOSED~~] ORDER**

In accord with the stipulation of the parties in consolidated cases, Case No. 2:12-cv-01330-AC and Case No. 2:12-cv-02095-AC, it is hereby ordered that:

1. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes concerning adherence to the Settlement Agreement that may arise between the Settling Parties from December 19, 2013 through December 18, 2023; and
2. The Plaintiffs' claims alleged in the complaints filed in these consolidated cases are dismissed with prejudice.

IT IS SO ORDERED.

DATE: December 20, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE